EXHIBIT A

EXHIBIT A

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN
AND FOR ORANGE COUNTY, FLORIDA

CASE NO:

ERICA DONALDSON,

     Plaintiff,

vs.

COCA-COLA BEVERAGES FLORIDA,
LLC, a Florida Limited Liability Company,

     Defendants.

_____/

## **COMPLAINT**

Plaintiff, ERICA DONALDSON, by and through her undersigned attorneys, sues the Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, and states as follows:

1)     This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2)     At all times material to this action, Plaintiff, ERICA DONALDSON was a natural person residing in Seffner, Hillsborough County, Florida.

3)     At all times material to this action, Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, was a Florida Limited Liability Company licensed to do business and with a location in Orange County, Florida.

4)     At all times material to this action, Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, was in possession and control of a retail establishment located at 2900 Mercy Drive, Orlando, Orange County, FL 32808.

5)     On or about April 19, 2024, while Plaintiff, ERICA DONALDSON, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff, ERICA

DONALDSON, tripped on an poorly maintained section of groundwork, and, as a consequence, Plaintiff, ERICA DONALDSON, fell forcefully to the ground and sustained severe bodily injury.

6)    Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, had a duty to its invitees, including Plaintiff, ERICA DONALDSON, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7)    At the above time and place, Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, had a duty to the public to maintain its premise as follows:

    a. To adequately maintain flooring and/or groundwork of its property so as to not create an unreasonably dangerous condition to members of the public and Plaintiff;
    b. To reasonably inspect or adequately inspect flooring and/or groundwork to ascertain whether any condition constituted a hazard to customers within its stores, thus creating a unreasonably dangerous condition for members of the public and Plaintiff;
    c. To warn or adequately warn members of the public and Plaintiff of any danger posed by dangerous flooring and/or groundwork that Defendant knew or through exercise of reasonable care should have known that said flooring and/or groundwork was unreasonably dangerous; and
    d. To correct or adequately correct any unreasonably dangerous condition on Defendant's premises, when the condition is either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8)    At the above time and place, Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, breached its duties owed to Plaintiff, ERICA DONALDSON, by committing one or more of the following omissions or commissions:

    a. Negligently failing to maintain or adequately maintain flooring and/or groundwork on its property, thus creating an unreasonably dangerous condition for members of the public, including Plaintiff;
    b. Negligently failing to inspect or adequately inspect flooring and/or groundwork, as specified above, to ascertain whether the same constituted a

hazard to customers utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

c. Negligently failing to warn or adequately warn Plaintiff of the danger of the flooring and/or groundwork, when the Defendant knew or through exercise of reasonable care should have known that said flooring and/or groundwork was unreasonably dangerous and that Plaintiff was unaware of the same; and

d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the flooring and/or groundwork on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

9) As a direct and proximate result of the negligence of Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, Plaintiff, ERICA DONALDSON, suffered or incurred injuries included, without limitation, the following:

a. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

b. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

c. Aggravation or activation of an existing disease or physical defect;

d. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

e. Expenses of medical care and treatment in the past and in the future;

f. Loss of wages and/or loss of earning capacity in the future; and

g. All losses are continuing and/or permanent.

10) Plaintiff, ERICA DONALDSON, will suffer or incur the injuries, expenses and impairment in the future.

11) Venue is proper in Orange County because the alleged incident occurred in Orange County, Florida.

**WHEREFORE**, Plaintiff, ERICA DONALDSON, demands judgment for damages against Defendant, COCA-COLA BEVERAGES FLORIDA, LLC, for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court

## DEMAND FOR JURY TRIAL

Plaintiff, ERICA DONALDSON, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this DATED this 27th day of February 2026.

*/s/ Justin Patrou, Esquire*
Justin Patrou, Esquire
Florida Bar No.: 84556
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 613-2046
Fax: (321) 340-2410
Justin.Patrou@newlinlaw.com
Tammie.Cardy@newlinlaw.com
Brandie.Campbell@newlinlaw.com
**SERVICE EMAIL ONLY:**
**PatrouPleadings@newlinlaw.com**
Attorney for Plaintiff